UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| WAYNE KING,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MKS INSTRUMENTS, INC., et al.,<br><br>　　　　Defendants. | Case No. 8:17-cv-01572-CJC (JDEx)<br><br>PROTECTIVE ORDER PURSUANT TO STIPULATION (Dkt. 58) |

Having reviewed the Parties' Stipulation for Protective Order (Dkt. 58), and good cause appearing therefor, the Court hereby grants and enters the Stipulated Protective Order (Dkt. 58) as an order of the Court.

DATED: February 07, 2019

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JOHN D. EARLY
　　　　　　　　　　　　　　　　　　United States Magistrate Judge