JS-6

1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT

8

CENTRAL DISTRICT OF CALIFORNIA

9

10

| | |
|---|---|
| WAYNE KING, an individual, | Case No. 8:17-cv-01572 CJC (JCGx) |
| Plaintiff, | *Assigned to the Hon. Cormac J. Carney* |
| v. | **ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |
| MKS INSTRUMENTS, INC., a Massachusetts Corporation; NEWPORT CORPORATION, a Nevada Corporation; and DOES 1-50, inclusive, | Complaint filed:  July 10, 2017 |
| Defendants. | |

11

12

13

14

15

16

17

18        Having properly read and considered the Parties' Joint Stipulation of Dismissal with

19   Prejudice, **IT IS HEREBY ORDERED**, that the Joint Stipulation of Dismissal with

20   Prejudice is **GRANTED**.

21

22        SO ORDERED, this 30th day of May, 2019.

23

24

25   _____

26   Honorable Judge Cormac J. Carney
     United Stated District Judge
27   Central District of California

28